UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Stephen N. Durbin, )
 )
 )

Plaintiff

       vs. )   Case Number: 12-3339
 )
 )
Commissioner of Social Security, )
 )

Defendant

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Order Adopting Report and Recommendations entered by Judge Sue E. Myerscough on December 22, 2014, judgment is entered in favor of the Plaintiff and against the Defendant. IT IS THEREFORE ORDERED that this case is reversed and remanded for further proceedings pursuant to 42 U.S.C. § 405(g), sentence 4. -------------------------------------------------------------------------------------------

**Dated: December 22, 2014**

                                            s/ Kenneth A. Wells
                                            Kenneth A. Wells
                                            Clerk, U.S. District Court